# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of Pennsylvania

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | MDL 875 |
| LIABILITY LITIGATION | : | 01-MD-875 |
| ALL ACTIONS | : | |
| (See attached case list) | | |

## TRANSFER ORDER NO. 1252

Pursuant to the July 29, 1991 Order of the Judicial Panel on Multidistrict Litigation transferring these cases to the Eastern District of Pennsylvania to be consolidated into MDL No. 875, the Court hereby **ORDERS** the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of the listed cases from the District Court for the District of Massachusetts, the Transferor Court, to the District Court for the Eastern District of Pennsylvania in accordance with the terms of this Court's Administrative Order No. 11.[1] The effective date of transfer is upon entry of this order.

**AND IT IS SO ORDERED.**

August 5, 2020  /s/ *Eduardo C. Robreno*
Date  EDUARDO C. ROBRENO, J.

---

[1] A copy of AO 11 is available at http://www.paed.uscourts.gov/documents/MDL/MDL875/Amended_AO11.pdf

## Case List for Transfer Order 1252

| PLAINTIFF | DEFENDANT | Mass. DOCKET# |
| --- | --- | --- |
| BARBACKI, ARTHUR R--EST | NICOLET IND KEAS-MAT | 84-1628MC |
| BONFELD, LEO --EST | CLAREMONT CO., INC. | 84-1434-G |
| BRADLEY SR, KENNETH H--EST | NICOLET IND KEAS-MAT | 84-1455 |
| BURGESS, HOWARD P | CAREY CANADA | 90-10515Z |
| CICONE, DONALD F--EST | CAREY CANADA | 90-10835Z |
| CUTLER, HARRY --EST | CLAREMONT CO., INC. | 83-3392 |
| DAMON, PHILIP W--EST | NICOLET IND KEAS-MAT | 83-3303MC |
| DOUILLARD, JEAN A--EST | CAREY CANADA | 90-10527Z |
| FISHER, WILLIAM A--EST | CELOTEX | 86-3058Z |
| GILMARTIN, JOHN L--EST | CAREY CANADA | 82-1007MC |
| HORTIE, SYLVIO R--EST | NICOLET IND KEAS-MAT | 85-1871Z |
| LYNCH, TIMOTHY J--EST | CAREY CANADA | 87-1031Z |
| MARCHAND, ARSENE --EST | CAREY CANADA | 89-0410Z |
| RAVANESI, ANTHONY --EST | CLAREMONT CO., INC. | 82-3200MC |
| ROMANELLO, GIULIO | CAREY CANADA | 90-10698Z |
| SOUSA, FRANCINE --EST | NICOLET IND KEAS-MAT | 85-2173Z |
| TRASK, RODMAN --EST | 81- | 89-2638Z |
| WELCH, THOMAS F--EST | CAREY CANADA | 82-1195MC |
| WICKER, PHILIP W--EST | NICOLET IND KEAS-MAT | 85-2426Z |